AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL 30 2014
BY DAVID J. MALAND, CLERK
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Jacobb Ryan Chapman | ) | 4:14MJ231 |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 24, 2014__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | death threats made against the President of the United States; and |
| 18 U.S.C. § 875(c) | transmitting a threat in interestate commerce to injure another person. |

This criminal complaint is based on these facts:
See the attached affidavit of Special Agent Michael Gilbert, United States Secret Service

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Michael Gilbert, USSS
Printed name and title

Sworn to before me and signed in my presence.

Date: 07/30/2014

_____
Judge's signature

City and state: Sherman, Texas

Honorable Amos L. Mazzant, Magistrate Judge
Printed name and title